926

No. 80–5801. SOLOMON, DBA VIC'S GARAGE v. FUSCO ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–5802. BROOKS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–5803. ANAYA v. ROMERO, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 80–5807. COOPER v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 80–5810. BRADENBURG v. MASCHNER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 80–5811. ROGERS v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 80–5814. PHILLIPS v. BENTON, CORRECTIONS DIRECTOR, ET AL. Ct. Crim. App. Okla. Certiorari denied.

No. 80–5817. FALLIN v. WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 80–5821. CLUMM v. OHIO. Ct. App. Ohio, Athens County. Certiorari denied.

No. 80–5822. CARIGLIO v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 80–5825. ROBINSON v. STEPHENSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–5826. ROBINSON v. SANDERS ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–5827. WILLIAMS ET AL. v. NORTH CAROLINA STATE BAR ET AL. C. A. 4th Cir. Certiorari denied.